**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE:  WILLIAM S. HALL                                    CHAPTER 13
        CYNTHIA B. HALL                                    CASE NO. 12-62131
           Debtor(s)

**WITHDRAWL OF DEBTORS' MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE DUE TO HARDSHIP AND NOTICE OF DEADLINE AND
OPPORTUNITY TO OBJECT**

Comes now, the Debtors, by counsel, on their Motion for Entry of Chapter 13 Discharge Due to Hardship and Notice of Deadline and Opportunity to Object, and it appearing to the court that it is proper to do so, it is therefore

**ORDERED, ADJUDGED** and **DECREED**

that the Debtors' Motion for Entry of Chapter 13 Discharge Due to Hardship and Notice of Deadline and Opportunity to Object be hereby withdrawn.

Copies of this order shall be mailed to the Debtor, Debtor's Counsel, Chapter 13 Trustee and affected creditors.

Dated: September 4, 2015

                                                     Rebecca B. Connelly
                                                     U.S. Bankruptcy Judge

I ask for this:

/s/ Stephen E. Dunn
Counsel for Debtor(s)
Stephen E. Dunn, Esq.
201 Enterprise Drive, Suite A
Forest, VA.  24551

Seen:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee